In re    **Philip James Mastalski,**                               Case No.    __**09-73931**__

          **Donna Lynn Mastalski**

                               Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Gatlinburg Timeshare "1 Time Share Interest(s) according to the Time Sharing Plan for Westgate Smoky Mountain Resort at Gatlinburg, recorded in Volume Book 1092, at Page 375, Register's Office, Seiver County, Tennessee. Together with the right to occupy, persuant to the Time Sharing Plan, Unit 2036-361E, during Unit Week(s) 42, During Assinged Year All."** | **Fee simple** | J | 3,000.00 | 3,000.00 |
| **Residence, 4812 Ormond Rd., Springfield Twp, Mi** | **Ten by Entirities** | J | 225,000.00 | 399,303.52 |
| **Office, 5721 Elizabeth Lake Rd., Waterford, MI 48327** | | J | 170,000.00 | 178,387.07 |
| **Fighting Fish Drive Lot #21 & 20, Ausable Twp. "Units 20, 21.186 &187 AuSable Huron Condo Cpgd, Oscoda, MI 48750** | **Tenancy by the Entireties** | J | 75,000.00 | 78,328.31 |
| **AuSable Twp, MI R F Boat Slips #107 & 108 "Unit 107 & 108 AuSable-Huron Condominium Cpgd, Oscoda, MI 48750** | **Tenancy by the Entireties** | J | 25,000.00 | 41,254.41 |
| **Ausable Twp, MI Boat Slip, 419 State Street, Lot #8** | **Tenancy by the Entireties** | J | 2,000.00 | 2,000.00 |

| | | |
|---|---:|---|
| Sub-Total > | **500,000.00** | (Total of this page) |
| Total > | **500,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re   **Philip James Mastalski,**                                    Case No.   __09-73931__
        **Donna Lynn Mastalski**
                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | J | 600.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Comerica Checking Account** | J | 2,500.00 |
| | | **Michigan Catholic Credit Checking** | J | 300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **2 Dining Room Sets, 2 Living Room Sets, 4 Bedroom Sets, 2 TV's, 1 computer, 2 washers and dryers, 2 china cabinets, 2 hide-a-beds. Nothing less than 10 years old.** | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, hardback and paperbacks** | J | 400.00 |
| 6. Wearing apparel. | | **Misc. Mens Clothing** | H | 500.00 |
| | | **Misc. Womens Clothing** | W | 1,000.00 |
| 7. Furs and jewelry. | | **2 wedding rings** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Woodworking equipment** | J | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                  8,300.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Philip James Mastalski,**
        **Donna Lynn Mastalski**                        Case No.    **09-73931**

                               Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) for husband, Plan 501048** | **H** | **15,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Membership P.A.M. Invest LLC** | **J** | **50,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                    Sub-Total >       **65,000.00**
                                 (Total of this page)

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

In re  **Philip James Mastalski,**
       **Donna Lynn Mastalski**

Case No. **09-73931**

Debtors ,

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Jeep Commander | J | 28,000.00 |
| | | 2006 Jeep Liberty Sport | W | 12,830.00 |
| | | 1996 Dutchstar Motorhome | J | 30,000.00 |
| | | 1994 Jeep | J | 5,000.00 |
| | | 2 Trailers | J | 100.00 |
| | | 1987 Ford Pick up truck | H | 700.00 |
| 26. Boats, motors, and accessories. | | 1998 Yamaha Exciter 16 ft | J | 3,800.00 |
| | | 1985 Bayliner 3280 Explorer | H | 15,000.00 |
| | | 5 jetskis | J | 4,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 multi-fax, 3 computers, 1 copier, 2 printers and supplies, | J | 3,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Hand tools, power tools, mowers, tillers, saws, welder | J | 2,000.00 |
| 30. Inventory. | | Jet ski parts and trailer parts | J | 800.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | Standing Timber, 4812 Ormand | J | 2,000.00 |

Sub-Total >  107,230.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Philip James Mastalski,**                      Case No.    __09-73931_____
        **Donna Lynn Mastalski** _____,
                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | | **1958 Tractor and 1926 Dragline 2002 ATV** | H | 2,500.00 |
| 34. Farm supplies, chemicals, and feed. | | **Paints and cleaners** | J | 100.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 2,600.00 |
| (Total of this page) | |
| Total > | 183,130.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property                                (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re **Philip James Mastalski**     Case No. **09-73931**

_____,
                                  Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Gatlinburg Timeshare  "1 Time Share Interest(s) according to the Time Sharing Plan for Westgate Smoky Mountain Resort at Gatlinburg, recorded in Volume Book 1092, at Page 375, Register's Office, Seiver County, Tennessee. Together with the right to occupy, persuant to the Time Sharing Plan, Unit 2036-361E, during Unit Week(s) 42, During Assinged Year All."** | 11 U.S.C. § 522(d)(1) | 0.00 | 3,000.00 |
| **Household Goods and Furnishings**<br>**2 Dining Room Sets, 2 Living Room Sets, 4 Bedroom Sets, 2 TV's, 1 computer, 2 washers and dryers, 2 china cabinets, 2 hide-a-beds. Nothing less than 10 years old.** | 11 U.S.C. § 522(d)(3) | 1,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Books, hardback and paperbacks** | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| **Wearing Apparel**<br>**Misc. Mens Clothing** | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Furs and Jewelry**<br>**2 wedding rings** | 11 U.S.C. § 522(d)(4) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**Woodworking equipment** | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**401(k) for husband, Plan 501048** | 11 U.S.C. § 522(d)(10)(E) | 15,000.00 | 15,000.00 |
| **Stock and Interests in Businesses**<br>**100% Membership P.A.M. Invest LLC** | 11 U.S.C. § 522(d)(5) | 10,446.00 | 50,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**1994 Jeep** | 11 U.S.C. § 522(d)(2) | 3,225.00 | 5,000.00 |
| **Boats, Motors and Accessories**<br>**1985 Bayliner 3280 Explorer** | 11 U.S.C. § 522(d)(5) | 754.00 | 15,000.00 |
| **Office Equipment, Furnishings and Supplies**<br>**2 multi-fax, 3 computers, 1 copier, 2 printers and supplies,** | 11 U.S.C. § 522(d)(6) | 1,462.79 | 3,000.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business**<br>**Hand tools, power tools, mowers, tillers, saws, welder** | 11 U.S.C. § 522(d)(3) | 1,000.00 | 2,000.00 |
| | Total: | 34,587.79 | 96,900.00 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Donna Lynn Mastalski**             Case No.    **09-73931**

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                            $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Household Goods and Furnishings**<br>**2 Dining Room Sets, 2 Living Room Sets, 4 Bedroom Sets, 2 TV's, 1 computer, 2 washers and dryers, 2 china cabinets, 2 hide-a-beds. Nothing less than 10 years old.** | **11 U.S.C. § 522(d)(3)** | **1,000.00** | **2,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Books, hardback and paperbacks** | **11 U.S.C. § 522(d)(3)** | **200.00** | **400.00** |
| **Wearing Apparel**<br>**Misc. Womens Clothing** | **11 U.S.C. § 522(d)(3)** | **1,000.00** | **1,000.00** |
| **Stock and Interests in Businesses**<br>**100% Membership P.A.M. Invest LLC** | **11 U.S.C. § 522(d)(5)** | **10,446.07** | **50,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**1994 Jeep** | **11 U.S.C. § 522(d)(2)** | **1,775.00** | **5,000.00** |
| **Boats, Motors and Accessories**<br>**1985 Bayliner 3280 Explorer** | **11 U.S.C. § 522(d)(5)** | **753.93** | **15,000.00** |
| **Office Equipment, Furnishings and Supplies**<br>**2 multi-fax, 3 computers, 1 copier, 2 printers and supplies,** | **11 U.S.C. § 522(d)(6)** | **1,462.78** | **3,000.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business**<br>**Hand tools, power tools, mowers, tillers, saws, welder** | **11 U.S.C. § 522(d)(3)** | **1,000.00** | **2,000.00** |
| | Total: | **17,637.78** | **78,400.00** |

___ **0** ___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. <br><br> **Ausable Township** <br> **311 Fifth Street** <br> **Oscoda, MI 48750** | | | J | | **2008 - 09** <br><br> **Statutory Lien** <br><br> **AuSable Twp, MI R F Boat Slips #107 & 108 "Unit 107 & 108 AuSable-Huron Condominium Cpgd, Oscoda, MI 48750** | | | | | |
| | | | | | Value $     **25,000.00** | | | | **80.00** | **0.00** |
| Account No. <br><br> **Ausable Township** <br> **311 Fifth Street** <br> **Oscoda, MI 48750** | | | J | | **2008 - 09** <br><br> **Statutory Lien** <br><br> **Fighting Fish Drive Lot #21 & 20, Ausable Twp. "Units 20, 21.186 &187 AuSable Huron Condo Cpgd, Oscoda, MI 48750** | | | | | |
| | | | | | Value $     **75,000.00** | | | | **430.00** | **0.00** |
| Account No. <br><br> **Ausable Township** <br> **311 Fifth Street** <br> **Oscoda, MI 48750** | | | J | | **2008 - 09** <br><br> **Statutory Lien** <br><br> **Ausable Twp, MI Boat Slip, 419 State Street, Lot #8** | | | | | |
| | | | | | Value $     **2,000.00** | | | | **40.00** | **0.00** |
| Account No. **xxxx1159** <br><br> **Bank of America** <br> **450 American St.** <br> **Simi Valley, CA 93065** | | | J | | **11/2002** <br><br> **First Mortgage** <br><br> **Residence, 4812 Ormond Rd., Springfield Twp, Mi** | | | | | |
| | | | | | Value $     **225,000.00** | | | | **233,932.22** | **12,364.43** |

   **3**    continuation sheets attached

Subtotal <br> (Total of this page)     **234,482.22**     **12,364.43**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **Philip James Mastalski,**
    **Donna Lynn Mastalski**

Case No.    **09-73931**

                             ,
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1114** <br><br> **Chrysler Financial** <br> **PO Box 9001921** <br> **Louisville, KY 40290-1921** | | J | **10/2006** <br><br> **Purchase Money Security** <br><br> **2006 Jeep Liberty Sport** <br> Value $     **12,830.00** | | | | **12,818.65** | **0.00** |
| Account No. **xxxx5273** <br><br> **Community Plus** <br> **310 W. Tienken** <br> **Rochester, MI 48306** | | J | **08/16/2006** <br><br> **1998 Yamaha Exciter 16 ft** <br><br> Value $     **3,800.00** | | | | **5,000.00** | **1,200.00** |
| Account No. <br><br> **Fifth Third Bank** <br> **PO Box 630778** <br> **Cincinnati, OH 45263-0778** | | J | **10/2005** <br><br> **Second Mortgage** <br><br> **Residence, 4812 Ormond Rd., Springfield Twp, Mi** <br> Value $     **225,000.00** | | | | **161,939.09** | **161,939.09** |
| Account No. **xxxxxx6917** <br><br> **GEMB Lending, Inc.** <br> **PO Box 51826** <br> **Los Angeles, CA 90051-6126** | | J | **05/2007** <br><br> **1996 Dutchstar Motorhome** <br><br> Value $     **30,000.00** | | | | **51,566.06** | **21,566.06** |
| Account No. **xxxxxxxxx173-0** <br><br> **HSBC** <br> **PO Box 5218** <br> **Carol Stream, IL 60197-5218** | | J | **01/30/2007** <br><br> **2007 Jeep Commander** <br><br> Value $     **28,000.00** | | | | **34,425.63** | **6,425.63** |

Sheet  **1**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      **265,749.43**      **191,130.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **Philip James Mastalski,**
**Donna Lynn Mastalski**

Case No. **09-73931**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0598 | | | 10/06 | | | | | |
| Huntington National Bank PO Box 182232 Columbus, OH 43218-2232 | | J | Mortgage Office, 5721 Elizabeth Lake Rd., Waterford, MI 48327 | | | | | |
| | | | Value $ 170,000.00 | | | | 170,000.00 | 8,387.07 |
| Account No. xx2959 | | | 02/08 | | | | | |
| Huron Community Bank PO Box 312 East Tawas, MI 48730-0312 | | J | First Mortgage Fighting Fish Drive Lot #21 & 20, Ausable Twp. "Units 20, 21.186 &187 AuSable Huron Condo Cpgd, Oscoda, MI 48750 | | | | | |
| | | | Value $ 75,000.00 | | | | 77,898.31 | 3,328.31 |
| Account No. xx1712 | | | 08/03 | | | | | |
| Huron Community Bank PO Box 312 East Tawas, MI 48730-0312 | | J | First Mortgage AuSable Twp, MI R F Boat Slips #107 & 108 "Unit 107 & 108 AuSable-Huron Condominium Cpgd, Oscoda, MI 48750 | | | | | |
| | | | Value $ 25,000.00 | | | | 41,174.41 | 16,254.41 |
| Account No. | | | 2006 | | | | | |
| IRS 11601 Roosevelt Blvd. Mail Drop Point N781 Philadelphia, PA 19154 | | J | Statutory lien All Real and Personal Property | | | | | |
| | | | Value $ 27,460.00 | | | | 27,460.00 | 0.00 |
| Account No. xxx12-1-0 | | | 1985 Bayliner 3280 Explorer | | | | | |
| Michigan Catholic Credit Union 255 E. Maple Rd. Troy, MI 48083 | | J | | | | | | |
| | | | Value $ 15,000.00 | | | | 13,492.07 | 0.00 |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

330,024.79

27,969.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Philip James Mastalski,**
**Donna Lynn Mastalski**

Case No. ___**09-73931**___

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x-xx-xx-xx6-009** | | | **7/2009** | | | | | |
| **Oakland County Treasure 1200 N Telegraph Pontiac, MI 48341** | | J | **Common Law Lien** **Residence, 4812 Ormond Rd., Springfield Twp, Mi** | | | | | |
| | | | Value $          **225,000.00** | | | | **3,432.21** | **0.00** |
| Account No. **x-xx-xx-xx5-012** | | | **07/2007** | | | | | |
| **Oakland County Treasure 1200 N Telegraph Pontiac, MI 48341** | | J | **Statutory Lien** **Office, 5721 Elizabeth Lake Rd., Waterford, MI 48327** | | | | | |
| | | | Value $          **170,000.00** | | | | **8,387.07** | **0.00** |
| Account No. **x-xx-xx-xx0-410** | | | **7/2009** | | | | | |
| **Oakland County Treasure 1200 N Telegraph Pontiac, MI 48341** | | J | **Statutory Lien** **2 multi-fax, 3 computers, 1 copier, 2 printers and supplies,** | | | | | |
| | | | Value $            **3,000.00** | | | | **74.43** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __**3**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **11,893.71** | **0.00**

Total
(Report on Summary of Schedules) | **842,150.15** | **231,465.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Philip James Mastalski,**                               Case No.   **09-73931**

            **Donna Lynn Mastalski**

                                  Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1
    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re     **Philip James Mastalski,**                Case No.    **09-73931**
         **Donna Lynn Mastalski**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts<br>Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **none**<br><br>**IRS**<br>**11601 Roosevelt Blvd.**<br>**Mail Drop Point N781**<br>**Philadelphia, PA 19154** | | J | **2009**<br><br>**2009 1040 Taxes** | | | | **19,000.00** | **0.00** | **19,000.00** |
| Account No.<br><br>**IRS**<br>**11601 Roosevelt Blvd.**<br>**Mail Drop Point N781**<br>**Philadelphia, PA 19154** | | J | **2006 - 2008**<br><br>**2006, 07 and 08 1040 taxes** | | | | **57,211.30** | **15,623.87** | **41,587.43** |
| Account No. **none**<br><br>**Michigan Department of Treasury**<br>**Collections/Bankruptcy Unit**<br>**POB 30168**<br>**Lansing, MI 48909** | | J | **2006 - 09**<br><br>**MI 1040 taxes** | | | | **12,000.00** | **0.00** | **12,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **88,211.30** | **15,623.87**<br>**72,587.43** |
| Total<br>(Report on Summary of Schedules) | **88,211.30** | **15,623.87**<br>**72,587.43** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Philip James Mastalski,**
         **Donna Lynn Mastalski**

Case No.    __09-73931__

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2357** <br><br> **AT&T Universal Card** <br> **PO Box 6500** <br> **Sioux Falls, SD 57117-6500** | | J | Consumer credit card | | | | 27,659.28 |
| Account No. **xxxx-xxxx-xx72-75** <br><br> **Bank of America** <br> **PO Box 15019** <br> **Wilmington, DE 19886-5019** | | J | Consumer credit card | | | | 31,659.08 |
| Account No. **xxxx-xxxx-xxxx-7742** <br><br> **Bank of America** <br> **PO Box 15019** <br> **Wilmington, DE 19886-5019** | | J | Consumer credit card | | | | 1,927.01 |
| Account No. **xxxx-xxxx-xxx6-985** <br><br> **Bank of America** <br> **PO Box 15019** <br> **Wilmington, DE 19886-5019** | | J | Consumer credit card | | | | 10,323.16 |

__8__   continuation sheets attached

Subtotal
(Total of this page)    **71,568.53**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      S/N:28599-100105   Best Case Bankruptcy

In re   **Philip James Mastalski,**
       **Donna Lynn Mastalski**

Case No.   **09-73931**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8009**<br><br>Beaumont Hospital<br>PO Box 5042<br>Troy, MI 48007-5042 | | J | 2008 - 09<br>Medical Services | | | | 3,045.11 |
| Account No. **xxxx2760**<br><br>Beaumont Reference Labs.<br>PO Box 5043<br>Troy, MI 48007-5043 | | J | 2008 - 09<br>Medical Services | | | | 33.70 |
| Account No. **xxxx-xxxx-xxxx-1367**<br><br>BP Cardmember Services<br>PO Box 94012<br>Palatine, IL 60094-4012 | | J | Consumer credit card | | | | 717.13 |
| Account No. **xxxx-xxxx-xxxx-2036**<br><br>Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | | J | Consumer credit card | | | | 2,160.12 |
| Account No. **xxxx-xxxx-xxxx-5559**<br><br>Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | J | Consumer credit card | | | | 5,376.97 |

Sheet no. __1___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,333.03**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re   **Philip James Mastalski,**
      **Donna Lynn Mastalski**

Case No.    **09-73931**

                    Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0576**<br><br>**Capital One**<br>**PO Box 6492**<br>**Carol Stream, IL 60197-6492** | | J | **Consumer credit card** | | | | 5,498.50 |
| Account No. **xxxxxxxxx4435**<br><br>**Capital One**<br>**PO Box 105474**<br>**Atlanta, GA 30348-5474** | | W | **Consumer loan** | | | | 3,824.29 |
| Account No. **xx4880**<br><br>**CCA, PC**<br>**3577 W. 13 Mlle Rd.**<br>**Royal Oak, MI 48073** | | J | **2008 - 09**<br>**Medical Services** | | | | 1,354.78 |
| Account No.<br><br>**CFI Resorts Management Inc**<br>**2801 Old Winter Garden Rd**<br>**Ocoee, FL 34761-2965** | | H | **Westgate Resorts 2010 Annual Maintenance & Tax Statement** | | | | 1,524.08 |
| Account No. **xxxx-xxxx-xxxx-4573**<br><br>**Chase - Cardmember Services**<br>**PO Box 94104**<br>**Palatine, IL 60094-4014** | | J | **Consumer credit card** | | | | 2,675.52 |

Sheet no. __**2**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,877.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Philip James Mastalski,**
       **Donna Lynn Mastalski**

Case No.    **09-73931**

                             Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1515** | | | Consumer credit card | | | | |
| **Chase - Cardmember Services** **PO Box 94104** **Palatine, IL 60094-4014** | | J | | | | | 2,714.55 |
| Account No. **xxxx-xxxx-xxxx-0704** | | | Consumer credit card | | | | |
| **Chase - Cardmember Services** **PO Box 94104** **Palatine, IL 60094-4014** | | J | | | | | 1,038.84 |
| Account No. **xxxx-xxxx-xxxx-0410** | | | Consumer credit card | | | | |
| **Citi Cards** **PO Box 6077** **Sioux Falls, SD 57117-6077** | | J | | | | | 22,082.46 |
| Account No. **xxxxxxxx-xxx3857** | | | Consumer credit card | | | | |
| **Citi Financial** **PO Box 6931** **The Lakes, NV 88901-6931** | | J | | | | | 4,003.70 |
| Account No. | | | 2008 - 09 Medical Services | | | | |
| **CRS Colon Rectal Specialists** **595 Barclay Circle** **Rochester, MI 48307-5802** | | J | | | | | 478.46 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**30,318.01**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **Philip James Mastalski,**
      **Donna Lynn Mastalski**

Case No.   **09-73931**

                Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *4358 | | | Consumer credit card | | | | |
| Discover Card PO Box 6103 The Lakes, NV 88901-6103 | | J | | | | | 2,272.61 |
| Account No. xxxx-xxxx-xxxx-8226 | | | Consumer credit card | | | | |
| Exxon Mobil Processing Center Des Moines, IA 50361-0001 | | J | | | | | 983.51 |
| Account No. xxxx-xxxx-xxxx-2009 | | | Consumer credit card | | | | |
| Fifth Third Bank PO Box 740789 Cincinnati, OH 45274-0789 | | J | | | | X | 901.80 |
| Account No. xxxx-xxxx-xxxx-9653 | | | Consumer credit card | | | | |
| First Equity Card Corp. PO Box 23029 Columbus, GA 31902-3029 | | J | | | | | 466.39 |
| Account No. xxxx-xxxx-xxxx-2131 | | | Consumer credit card | | | | |
| GE Money LOC PO Box 530913 Atlanta, GA 30353-0913 | | J | | | | | 4,382.23 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,006.54**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re **Philip James Mastalski,**
     **Donna Lynn Mastalski**
_____,
                    Debtors

Case No. **09-73931**_____

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0191** | | | Consumer credit card | | | | |
| **HomeDepot Credit Svc.** **Processing Center** **Des Moines, IA 50364-0500** | | J | | | | | 1,445.99 |
| Account No. **xxxx-xxxx-xxxx-5344** | | | Consumer credit card | | | | |
| **HSBC** **PO Box 5222** **Carol Stream, IL 60197-5222** | | J | | | | | 394.98 |
| Account No. | | | | | | | |
| **Lady 4 Justice PLLC** **Attn Accounts Receivable** **20700 Civic Center Dr #170** **Southfield, MI 48076** | | J | | | | | 812.50 |
| Account No. **xxxx-xxxx-xxxx-0060** | | | Consumer credit card | | | | |
| **Michigan Catholic Credit Union** **PO Box 8107** **Plymouth, MI 48170-8071** | | J | | | | | 3,017.26 |
| Account No. **xxxxx8088** | | | Medical Services South Oakland Anesthesia Assoc. | | | | |
| **Money Recovery Nationwide** **801 S. Waverly Rd. Ste. 100** **Lansing, MI 48917** | | J | | | | | 2,214.24 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,884.97**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Philip James Mastalski,**
      **Donna Lynn Mastalski**

Case No.   **09-73931**

Debtors,

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7374** | | | Consumer credit card | | | | |
| Pay Pal Buyer Credit PO Box 960080 Orlando, FL 32896-0080 | | J | | | | | 295.67 |
| Account No. **xxx4061** | | | | | | | |
| Planet Access 5850 Dixie Hwy. Clarkston, MI 48346 | | J | | | | X | 4,949.05 |
| Account No. **xxxx-xxxx-xxxx-9855** | | | Consumer credit card | | | | |
| Sears Credit Cards PO Box 183082 Columbus, OH 43218-3082 | | J | | | | | 1,987.23 |
| Account No. **xxx-xx5-381** | | | Consumer credit card | | | | |
| Shell PO Box 1836018 Columbus, OH 43218-3018 | | J | | | | | 686.75 |
| Account No. **xxxx-xxx1095** | | | Consumer credit card | | | | |
| Sunoco PO Box 689155 Des Moines, IA 50368-9155 | | J | | | | | 1,060.56 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,979.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Philip James Mastalski,**
       **Donna Lynn Mastalski**

Case No.     **09-73931**

_____

Debtors

### AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x5001** <br><br> **Surgical Centers of Michigan** <br> **1701 E. South Blvd. Ste 300** <br> **Rochester, MI 48307-6120** | | J | 2008 - 09 <br> **Medical Services** | | | | 546.00 |
| Account No. **xxxxx0756** <br><br> **T-Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH 45274-2596** | | J | cell phones | | | | 1,178.31 |
| Account No. <br><br> **Troy Gastroenterlology** <br> **1701 E. South Blvd. Ste 300** <br> **Rochester, MI 48307-6120** | | J | 2008 - 09 <br> **Medical Services** | | | | 479.74 |
| Account No. **xxxx3083** <br><br> **Vistiting Nurses Assn. of SE Michigan** <br> **25900 Greenfield Rd. Ste 600** <br> **Oak Park, MI 48237-1292** | | J | 2008 - 09 <br> **Medical Services** | | | | 665.00 |
| Account No. **xxxx-xxxx-xxxx-4704** <br><br> **Walmart** <br> **PO Box 530927** <br> **Atlanta, GA 30353-0927** | | J | Consumer credit card | | | | 372.41 |

Sheet no. __**7**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,241.46**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **Philip James Mastalski,**
    **Donna Lynn Mastalski**

Case No.   **09-73931**

_____,
              Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1145** <br><br> **Wells Fargo** <br> **PO Box 98791** <br> **Las Vegas, NV 89193-8791** | | J | **Consumer credit card** | | | | **5,209.29** |
| Account No. **xxxx-xxxx-xxxx-7198** <br><br> **Wells Fargo** <br> **PO Box 98791** <br> **Las Vegas, NV 89193-8791** | | J | **Consumer credit card** | | | | **7,105.65** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**8**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **12,314.94** |
| Total (Report on Summary of Schedules) | | **169,523.91** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re **Philip James Mastalski**
**Donna Lynn Mastalski**
Debtor(s)

Case No. **09-73931**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 100.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 1,213.74 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| 10. Charitable contributions | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 200.00 |
| b. Life | $ | 250.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 360.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **State and fed est taxes** | $ | 1,600.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **See Detailed Expense Attachment** | $ | 4,450.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ **9,398.74**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 17,178.37 |
| b. | Average monthly expenses from Line 18 above | $ | 9,398.74 |
| c. | Monthly net income (a. minus b.) | $ | 7,779.63 |

In re **Philip James Mastalski**
**Donna Lynn Mastalski**
Case No. **09-73931**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| **Office Assistant** | $ | **1,000.00** |
| **Office Utilities** | $ | **1,260.00** |
| **Commercial Property Taxes** | $ | **250.00** |
| **Office Supplies and Postage** | $ | **440.00** |
| **Office Rent (estimated)** | $ | **1,500.00** |
| **Total Other Expenditures** | $ | **4,450.00** |

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:** Philip James Mastalski
Donna Lynn Mastalski

**CASE NUMBER:** 09-73931

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

☒ Add creditors to schedule(s) ___**E**___ . How many? __**One**__
(Use second page of this form to list creditors added).

☒ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒ Other: (Provide detail of Amendment) Amend Sch A, B, C, D, E, F and J to address issues presented by the Trustee in her objection to confirmation.

☒ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:                                Please change to:

_____        _____

_____        _____

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:                                Please change to:

_____        _____

_____        _____

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:                                Please change to:

_____        _____

_____        _____

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):   **Michigan Department of Treasury**
(Please print)

Address      **Collections/Bankruptcy Unit**

           **POB 30168**

           **Lansing, MI 48909**

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Address _____

_____

## FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature:     */s/ David R. Shook* _____

                            **David R. Shook P48667**

                            Name of Attorney

                            **6480 Citation Drive**

                            **Clarkston, MI 48346-2913**

                            **(248) 625-6600**

                            **ECF@davidshooklaw.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: */s/ Philip James Mastalski*

**Philip James Mastalski**
Name of Debtor

Signature: */s/ Donna Lynn Mastalski*

**Donna Lynn Mastalski**
Name of Joint Debtor, if applicable